No. 70–5197. SWEENEY v. SHERIDAN, CHIEF JUDGE, U. S. DISTRICT COURT, ET AL., *ante*, p. 839. Petition for rehearing and other relief denied.

NOVEMBER 17, 1971

No. 71–460. CHAPMAN, AKA GARDNER v. UNITED STATES. C. A. 4th Cir. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court.

NOVEMBER 19, 1971

No. A–507. HAMMOND ET AL. v. BROWN ET AL. C. A. 6th Cir. Application for stay presented to MR. JUSTICE STEWART, and by him referred to the Court, denied. MR. JUSTICE DOUGLAS, believing that the Ohio anti-rioting statutes, Ohio Rev. Code Ann. §§ 2923.52 to 2923.54 (Supp. 1970), on their face seem overly broad and *prima facie* infringe on freedom of expression protected by the First Amendment, would grant stay for reasons stated in his dissenting opinion in *Younger* v. *Harris*, 401 U. S. 37, 58.

No. A–516. HANRAHAN v. STATE ELECTORAL BOARD OF ILLINOIS ET AL.; and

No. A–523. GERMANO ET AL. v. STATE ELECTORAL BOARD OF ILLINOIS. D. C. N. D. Ill. Applications for stay presented to MR. JUSTICE BLACKMUN, and by him referred to the Court, denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of these applications.